1074

THE STATE OF WASHINGTON, *Respondent*, v. LUTHER
D. MANERS, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 94-1-00073-0, Toni A. Sheldon, J.,
entered August 31, 1995. *Reversed* by unpublished per
curiam opinion.

CHARLES WILLIAMS, ET AL., *Respondents*, v.
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-02720-0, Terry D. Sebring, J., entered
October 6, 1995. *Reversed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater, A.C.J., and
Morgan, J.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
DEAN OSTERTAG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00994-8, Barbara D. Johnson, J., entered
October 19, 1995. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Hunt,
JJ.

THE STATE OF WASHINGTON, *Appellant*, v. WAYNE E.
JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00394-2, David E. Foscue, J.,
entered December 18, 1995. *Reversed* by unpublished per
curiam opinion.